1  Bruce D. Praet, SBN 119430
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   email: Bpraet@aol.com

5
   Attorneys for Defendants
6

7

8                UNITED STATES DISTRICT COURT

9
                 CENTRAL DISTRICT OF CALIFORNIA
10

11

12 CARLOS RUBIO,                    )   NO. 8:21-cv-01767 JLS DFMx
                                    )
13         Plaintiff,               )   Hon. Josephine L. Staton
                                    )
14 v.                               )
                                    )   **JOINT STIPULATION FOR**
15 CITY OF BUENA PARK, DANIEL       )   **DISMISSAL OF ENTIRE**
   SOLIS; JENNIFER TRAN; and DOES 1-)   **ACTION; PROPOSED ORDER**
16 10, inclusive,                   )
                                    )
17         Defendants.              )
   _____ )
18

19

20

21

22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiff, CARLOS RUBIO, through his attorney of record, Greg Peacock, Esq., and Defendants CITY OF BUENA PARK, DANIEL SOLIS and JENNIFER TRAN, through their attorney of record, Bruce D. Praet of Ferguson, Praet & Sherman, APC, hereby stipulate that the above entitled action against Defendants be dismissed, with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Each party shall bear their own costs and fees.

Respectfully submitted,

Dated: May 4, 2022　　　　　　　　　　　　LAW OFFICE OF GREG PEACOCK

By: /s/
Gregory Peacock, Attorney for Plaintiff

Dated: May 4, 2022　　　　　　　　　　　　FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: /s/ Bruce D. Praet[1]
Bruce D. Praet, Attorneys for Defendants

---

[1] I, Bruce D. Praet, hereby attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized filing.

-2-