# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS RUBIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUENA PARK, DANIEL SOLIS; JENNIFER TRAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:   8:21-cv-01767-JLS-DFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

Based on the Stipulation of the parties (Doc. 23) and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against the Defendants City of Buena Park, Daniel Solis and Jennifer Tran is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party shall bear their own costs and fees.

Dated: May 06, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE